```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF TEXAS
            FORT WORTH DIVISION
```

ARIE D. HILL                    §
                                §
VS.                             §  CIVIL ACTION NO.4:10-CV-324-Y
                                §
MICHAEL J. ASTRUE,              §
Commissioner of                 §
Social Security                 §

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On April 18, 2011, the magistrate judge issued her findings, conclusions, and recommendation ("findings") in this case. In her findings, the magistrate judge recommends that the Court affirm the decision of the commissioner of the Social Security Administration denying the plaintiff's claims for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act. Neither the plaintiff nor the commissioner filed objections to the findings.

After careful review, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of the Court for the reasons stated therein. Accordingly, the commissioner's decision is AFFIRMED.

SIGNED June 30, 2011.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE